MORNET, INC., Appellant, *v.* CHAS. KAYE REALTY CO., INC., Respondent.

Submitted November 21, 1951; decided December 7, 1951.

*William J. Solomon* for appellant.

*Robert B. Block* and *Bernard A. Saslow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.